```
           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Del R. Gilbert & Son Block Co., Inc.**

    **v.**                               Case No. 08-cv-504-PB

**Allan Block Corporation**


### O R D E R

The parties recently filed complicated summary judgment motions that will take the court several months to resolve. It therefore will not be possible to try the case during the June 2010 trial period.

The case shall be removed from the trial list and rescheduled for trial approximately 90 days after the court rules on the pending motions.

All trial-related motions are denied without prejudice (Doc. Nos. 105, 108, 109, 110, 111, 112 and 114).

SO ORDERED.


May 5, 2010                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

cc:  Jeffrey C. Spear, Esq.
     John L. Arnold, II, Esq.
     Darren B. Schwiebert, Esq.
     James R. Mayer, Esq.
     Matthew R. Johnson, Esq.
     Brian R. Moushegian, Esq.