```
                                            U.S. DISTRICT COURT
                                             DISTRICT OF N.H.
                                                  FILED

                                            2010 AUG 17 P 2:22
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Del R. Gilbert & Son Block Co., Inc.**

    v.                                    Case No. 08-cv-504-PB

**Allan Block Corporation**


## O R D E R


Allan Block shall post a $30,000 bond within seven (7) days of the issuance of the order granting its request for a temporary restraining order and preliminary injunction.

SO ORDERED.

August 17, 2010

                                                Paul Barbadoro
                                                United States District Judge

cc:  Jeffrey C. Spear, Esq.
      John L. Arnold, II, Esq.
      Darren B. Schwiebert, Esq.
      James R. Mayer, Esq.
      Matthew R. Johnson, Esq.
      Brian R. Moushegian, Esq.