U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2010 SEP 27 P 4: 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEL R. GILBERT & SON BLOCK CO., INC.

    Plaintiff,

v.                                                    Case No. 1-08-cv-00504-PB

ALLAN BLOCK CORPORATION,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO DISSOLVE PRELIMINARY INJUNCTION BOND REQUIREMENT

Allan Block Corporation posted a $30,000 temporary restraining order and preliminary injunction bond as required by this Court's August 17, 2010 Order [Dckt. No. 141]. The purpose of the bond was to secure the payment of costs and damages that may be incurred by Del R. Gilbert & Son Block Co., Inc. in the event it was wrongfully enjoined. Based upon the settlement agreement between the parties, the parties hereby stipulate and respectfully request an Order dissolving the requirement to maintain the bond. Dissolving the requirement to maintain the bond is <u>not</u> intended by the parties to effect the existing injunction entered by the Court on August 16, 2010 which will remain in force and effect until December 18, 2010.

Respectfully submitted,

Date: September 23, 2010

/s/ James Mayer
Darren B. Schwiebert (MN#260642)
James Mayer (MN #327785)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000

Matthew R. Johnson (Bar #: 13076)
Brian R. Moushegian (Bar #: 17730)
DEVINE, MILLIMET & BRANCH
111 Amherst Street
Manchester, NH 03101
Telephone: (603) 695-8650

ATTORNEYS FOR
ALLAN BLOCK CORPORATION

Date: September 23, 2010

/s/ Jeffrey C. Spear
Jeffrey C. Spear (Bar#: 14938)
ORR & RENO, P.A.
One Eagle Square
Concord, NH 03302
Telephone: (603) 224-2381

ATTORNEYS FOR DEL R. GILBERT &
SON BLOCK CO., INC.

**SO ORDERED.**

Date: 9-27-10

U.S. District Court Judge